# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

**04-976**
**consolidated with 04-839**


**KEVIN D. LAWSON, ET AL.**

**VERSUS**

**MITSUBISHI MOTOR SALES**
**OF AMERICA, INC., ET AL.**


**\*\*\*\*\*\*\*\*\*\*\*\***


APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT,
PARISH OF CALCASIEU, NO. 99-3876,
HONORABLE G. MICHAEL CANADAY, DISTRICT JUDGE


**\*\*\*\*\*\*\*\*\*\*\*\***


**MICHAEL G. SULLIVAN**
**JUDGE**


**\*\*\*\*\*\*\*\*\*\*\*\***


Court composed of Ulysses Gene Thibodeaux, Chief Judge, Sylvia R. Cooks, and Michael G. Sullivan, Judges.


**WRIT GRANTED.**

**Rex D. Townsley**
**The Townsley Law Firm**
**3102 Enterprise Boulevard**
**Lake Charles, Louisiana 70601**
**(337) 478-1400**
**Counsel for Plaintiffs/Appellants:**
> **Kevin Lawson, Individually and on behalf of his minor son, Dillon Lawson**
> **Kelli Lawson, Individually**

**Keith W. McDaniel**
**Lance B. Williams**
**McCranie, Sistrunk, Anzelmo, Hardy,**
**Maxwell & McDaniel**
**434 North Columbia Street, Suite 200**
**Covington, Louisiana 70433**
**(504) 831-0946**
**Counsel for Defendants/Appellants:**
> **Mitsubishi Motor Sales of America, Inc.**
> **Mitsubishi Motor Manufacturing of America, Inc.**
> **Tokio Marine and Fire Insurance Company, Ltd.**

SULLIVAN, Judge.

For the reasons expressed in *Lawson v. Mitsubishi Motor Sales of America, Inc.,* 04-839 (La.App. 3 Cir. __/__/04), ___ So.2d. ___, Mitsubishi's writ application is granted.

**WRIT GRANTED**.